[No. 66108-6-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS ROBERT SOUTHARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01869-8, George F.B. Appel, J., entered September 24, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Dwyer and Lau, JJ.

[No. 66133-7-I.   Division One.   May 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00706-2, Susan K. Cook, J., entered September 22, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Grosse, J.

[Nos. 66204-0-I; 66206-6-I.   Division One.   May 29, 2012.]

GRAZYNA PROUTY, *Appellant*, v. TAHOMA SCHOOL BOARD, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 10-2-12633-3, Bruce E. Heller, J., entered October 4, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 66246-5-I.   Division One.   May 29, 2012.]

*In the Matter of the Marriage of* LISA LYNN TEGROTENHUIS, *Appellant*, and DAVID ALAN TEGROTENHUIS, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 09-3-05027-3, Donald E. Eaton, J., entered October 29, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Ellington, J.